# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| BYRON K. PERKINS, | ) |
| Claimant, | ) ) ) |
| v. | ) Case No. CV409-066 |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) ) |

## REPORT AND RECOMMENDATION

On April 13, 2009, the Court ordered plaintiff to supplement his complaint with the legal basis underlying his claim and to photocopy and attach any instructions from the Commissioner of Social Security bearing upon his claim. (Doc. 3.) The Court allowed fifteen days for compliance, but plaintiff did not respond. Accordingly, pursuant to the Court's inherent power to police its docket, plaintiff's case should be **DISMISSED** without prejudice for failing obey this Court's Order. Local Rule 41(b) (authorizing dismissal for neglect of any Court order); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir.

1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this <u>7th</u> day of May, 2009.

/s/ G.R. SMITH
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**
