
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 JUL 24 AM 10: 39
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BYRON K. PERKINS,

    Claimant,

v.                        CASE NO. CV409-066

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Report and Recommendation of the Magistrate Judge (Doc. 4), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and this case is **DISMISSED**.

SO ORDERED this 24th day of July, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA